# Exhibit 2

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
| Claim 1.1 A method for facilitating business-to-business personal connections by enhancing Internet search engine results, the method comprising the following machine-implemented steps of: | As described below, Lowe's Inc is an American retail company specializing in home improvement that facilitating B2B and allows users to search for products in various category through a website and a mobile application. While the website includes a search functionality, this feature querying Lowe's inventory database and display a list of results corresponding to the search query that dynamically generated search results pages showing products from multiple sellers.<br><br>**Product Related Information Below:**<br><br><br>https://www.lowes.com/ |

1

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
| |  https://www.lowes.com/l/about/suppliers |

2

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
|  | Lowe's Mobile App  https://www.lowes.com/l/about/download-apps https://www.lowes.com/search?searchTerm=grinder |

3

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
| Claim 1.2 generating and transmitting for display, based at least in part on a list of search results generated by an Internet search engine that queries the World Wide Web and that is not limited by any number of websites, seller-specific information of one or more selling entities associated with at least a portion of a Uniform Resource Locator (URL) of a search result in the list of search results; | As described below, the Lowe's website provides a search functionality that allows customers to enter search queries. Upon entering a query, the site displays a list of results (e.g., a list of Grinders). Each result includes seller entities information (e.g., Sold by CRAFTSMAN, DEWALT, etc.) associated with a specific URL. When a user clicks on the URL, the site displays product listings and other related information associated with that particular selling entities. However, it should be noted that this functionality operates within the Lowe's internal e-commerce platform and is limited to its own merchant brand's product catalog, rather than querying the broader World Wide Web.<br><br>**Product Related Information Below:**<br><br>**Browse All Help FAQ**<br><br>**Orders**<br><br>We can help if you need to check your order status, return or exchange an item, or even learn more about Lowe's order pickup.<br><br>How do I find a product online?<br><br>Search by using a keyword, Lowe's item number, brand name or manufacturer's model number. You can also browse by department and filter results to shop Lowe's large selection of items.<br><br>https://www.lowes.com/l/help |

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
| |  https://www.lowes.com/search?searchTerm=grinder |

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
| | <br><br>https://www.lowes.com/pd/CRAFTSMAN-V20-4-5-in-20-Volt-Max-Cordless-Angle-Grinder/1000578303<br><br>https://www.lowes.com/pd/DEWALT-4-1-2-in-7-Amps-Sliding-Switch-Corded-Angle-Grinder/3808459 |

| U.S. Patent No. 10,534,820 B2 [Claim] | Lowe's Inc. [Relevant Text / Images] |
|---|---|
| | **Into the Blue: Lowe's Product Pitch Event**<br><br>The Into the Blue application process is now closed. We continually assess our supplier database to align with our business needs. If you haven't already, please be sure to register below for future consideration.<br><br>https://www.lowes.com/l/about/suppliers |

7

| | |
|---|---|
| Claim 1.3 wherein the one or more selling entities are individual persons; | As described below, the site the includes seller entities (e.g., "CRAFTSMAN, DEWALT, etc.").<br><br>**Product Related Information Below:**<br><br><br><br>https://www.lowes.com/search?searchTerm=grinder |



https://www.lowes.com/pd/CRAFTSMAN-V20-4-5-in-20-Volt-Max-Cordless-Angle-Grinder/1000578303

https://www.lowes.com/pd/DEWALT-4-1-2-in-7-Amps-Sliding-Switch-Corded-Angle-Grinder/3808459

| Claim 1.4 wherein the seller-specific information comprises | As described below, the seller entity (For e.g. CRAFTSMAN) includes its related attributes such as list of products, bestselling product, Ratings, customer response, etc. |
|---|---|

9

| attributes of the one or more selling entities; | **Product Related Information Below:**<br><br><br><br>https://www.lowes.com/pd/CRAFTSMAN-V20-4-5-in-20-Volt-Max-Cordless-Angle-Grinder/1000578303<br><br>https://www.lowes.com/pd/DEWALT-4-1-2-in-7-Amps-Sliding-Switch-Corded-Angle-Grinder/3808459 |
| --- | --- |

10



https://www.lowes.com/pl/power-tools/grinders/angle-grinders/craftsman/4294607713-3252463372

| Claim 1.5 wherein the list of search results is based on one or more query terms that a person supplied to the Internet search engine, and wherein the step of generating and transmitting for display the seller-specific information is performed by a toolbar application executed on a computer from which | As described below, Lowe's operates as an online retail e-commerce platform that allows users to search for various product categories. While the website includes a search functionality, this feature querying the Lowe's inventory database and display a list of results corresponding to the search query. Further, based on the search query, the platform transmitting for display the seller- specific information (for e.g. CRAFTSMAN & its list of product category, rating, store info etc.) through a toolbar application (Mobile app) executed on a computer (or Mobile Device) from which the person entered the one or more query terms.<br><br>**Product Related Information Below:** |
|---|---|

the person entered the one or more query terms; and



https://www.lowes.com/search?searchTerm=grinder

https://www.lowes.com/pd/CRAFTSMAN-V20-4-5-in-20-Volt-Max-Cordless-Angle-Grinder/1000578303

12



https://www.lowes.com/pd/DEWALT-4-1-2-in-7-Amps-Sliding-Switch-Corded-Angle-Grinder/3808459

https://www.lowes.com/l/help

13



https://www.lowes.com/l/about/download-apps

https://www.lowes.com/l/about/privacy-and-security-statement#OurWebsite

| Claim 1.6 wherein the toolbar application adds the seller-specific information to the search result in the list of search result. | As described below, Lowe's operates as an online retail e-commerce platform (Website or Mobile application platform). The platform updates the seller specific information (such as product reviews or ratings, Manuals, Warranty Card, other related products sold by the seller entities, etc.) for all the search results in the list of search results.<br><br>**Product Related Information Below:** |

14

### Lowe's Mobile App



https://www.lowes.com/l/about/download-apps

https://www.lowes.com/l/about/download-apps

15





https://www.lowes.com/pd/DEWALT-4-1-2-in-7-Amps-Sliding-Switch-Corded-Angle-Grinder/3808459

17